# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **YAZMIN GONZALEZ,** §<br>§<br>*Plaintiff*, §<br>§<br>**v.** §<br>§<br>**STONE LAW PLLC**, *a Texas Professional* §<br>*Limited Liability Company*, **and SLATER** §<br>**SLATER SCHULMAN LLP**, *a New York* §<br>*Limited Liability Partnership*, §<br>§<br>*Defendants*. §  | **EP-23-CV-00251-DCG** |

## ORDER DISMISSING CASE

Plaintiff Yazmin Gonzalez has filed a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See* Notice, ECF No. 3.  Accordingly, the Court **DISMISSES** all claims asserted by Plaintiff Yazmin Gonzalez in this action against Defendants Stone Law PLLC and Slater Slater Schulman LLP **WITH PREJUDICE**.

The Court **CLOSES** this case.

**So ORDERED and SIGNED this 19th day of July 2023.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**